# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JC PENNEY COMPANY INC., a Texas Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV-15-05451-CBM-JPRx<br>*Hon. Consuelo B. Marshall Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE [JS-6]** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

**IT IS SO ORDERED.**

Dated: July 26, 2016          By: _____
                                   HON. CONSUELO B. MARSHALL
                                   UNITED STATES DISTRICT JUDGE